# UNITED STATES DISTRICT COURT

# DISTRICT OF MINNESOTA

LAMAR HOUSTON,

        Petitioner,

v.

VICKI JANSSEN,

        Respondent.

Civil No. 15-3075 (JRT/HB)

**ORDER ON REPORT AND RECOMMENDATION**

    Lamar Houston, OID#203673, MN Correctional Facility, 7525 Fourth Avenue, Lino Lakes, MN 55014, *pro se* petitioner.

    James B. Early, Matthew Frank, **MINNESOTA ATTORNEY GENERAL'S OFFICE**, 445 Minnesota Street, Suite 1800, St Paul, MN 55101-2134, Jean E. Burdorf, **HENNEPIN COUNTY ATTORNEY'S OFFICE**, 300 South Sixth Street, Suite A-2000, Minneapolis, MN 55487, for respondent.

The above-entitled matter came before the Court upon the Report and Recommendation of the United States Magistrate Judge. No objections have been filed to the Report and Recommendation in the time period permitted.

Based upon the Report and Recommendation of the Magistrate Judge, and all the files, records and proceedings herein,

    **IT IS HEREBY ORDERED** that:

    1.    The Report and Recommendation is **ADOPTED**;

    2.    Petitioner Lamar Houston's petition for a writ of habeas corpus [Doc. No. 1] is **DENIED**;

    3.    This action is **DISMISSED WITH PREJUDICE AND ON THE MERITS**; and

4.  No certificate of appealability will be issued.

**LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:  May 23, 2016
at Minneapolis, Minnesota                s/John R. Tunheim
                                         JOHN R. TUNHEIM
                                         Chief Judge
                                         United States District Court